IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| NANCY M. PRICE, | : | |
| Plaintiff | : | |
| VS. | : | |
| DONALD H. RUMSFELD, Secretary, Department of Defense, | : | NO. 7:06-CV-20(HL) |
| Defendant | : | **O R D E R** |

Plaintiff **NANCY M. PRICE** brings this *pro se* employment action against Donald H. Rumsfeld, the Secretary of Defense, for race discrimination. Plaintiff also seeks to proceed *in forma pauperis* (Tab # 1). Plaintiff has submitted an inmate's affidavit of indigency, but plaintiff is a non-prisoner. In order to determine whether plaintiff qualifies for *in forma pauperis* status, this Court requires that plaintiff complete a non-prisoner affidavit in support of the request to proceed IFP. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305 (11th Cir. 2004). Accordingly, the Clerk of this Court is instructed to provide plaintiff with a copy of the Court's non-prisoner IFP form. If plaintiff still wishes to proceed *in forma pauperis*, she should complete the form, sign it under penalty of perjury, and return it to the office of the Clerk of Court. In the alternative, plaintiff may pay the entire $250.00 filing fee.

Plaintiff shall have thirty (30) days from the date of her receipt of this order to complete the non-prisoner IFP form or to pay the entire filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. There shall be no service of process in this case until

further order of the Court.

**SO ORDERED**, this 27th day of February, 2006.

s/   **Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr